Clyde Stewart, et al., Plaintiffs-Appellees, v. Main Insurance Company, Defendant-Appellant.

Gen. No. 68–92. (Abstract of Decision.)

Third District.

July 8, 1969.

in part and reversed in part. Raymond, Mayer, Jenner & Block, of Chicago, for appellant; James V. Cunningham, of Peoria, for appellee. Opinion by JUSTICE RYAN. Not to be published in full.